UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ACCESS 4 ALL, INC., a Florida not for
Profit corporation, and FELIX ESPOSITO,
Individually,

        Plaintiff,

  - against -

GRANDVIEW HOTEL LIMITED
PARTNERSHIP, an Ohio Limited
Partnership

        Defendants,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**MEMORANDUM, OPINION
and ORDER**

CV 04-4368 (TCP) (MLO)

PLATT, District Judge

        This Court, finding that Plaintiffs' request for rehearing on our Memorandum,

Opinion and Order of March 6, 2006 [1] (the "Order") merely rehashes arguments previously

addressed, judges the same without merit.  The Order properly reduced Plaintiffs' attorneys' fees

based on the duplicitous nature of the litigation.  Accordingly, Plaintiffs' request is hereby

**DENIED**.


**SO ORDERED**.

                           _/S/_____
                           Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
       March 20, 2006

---

[1]Plaintiffs incorrectly date the Order as March 3, 2006.